# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRENDA GALTNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )       **8:07CV279** |
| vs. | ) |
| | )       **ORDER** |
| **CREDITORS INTERCHANGE,** | ) |
| | ) |
| **Defendant.** | ) |

    Plaintiff has filed a Notice of Dismissal [6] pursuant to Fed. R. Civ. P. 41(a)(1)(i). The Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(i), and the case may be dismissed without order of the court. Accordingly,

    **IT IS ORDERED** that the Clerk shall terminate this case for statistical purposes.

    **DATED August 23, 2007.**

                                   **BY THE COURT:**

                                   **s/ F.A. Gossett**
                                   **United States Magistrate Judge**